**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| DAVONTE PRINCE,<br>　　Plaintiff, | : Case No. 1:25-cv-567<br>:<br>: Judge Timothy S. Black |
| vs. | :<br>: Magistrate Judge Caroline H. Gentry |
| STATE OF OHIO, *et al.*,<br>　　Defendants. | :<br>: |

**DECISION AND ENTRY**
**ADOPTING THE REPORT AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 6)**

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Caroline H. Gentry. Pursuant to such reference, the Magistrate Judge conducted an initial screening under 28 U.S.C. § 1915A; and, on October 2, 2025, submitted a Report and Recommendation, recommending that this case be dismissed. (Doc. 6). Specifically, Magistrate Judge Gentry recommends that all claims against Defendant State of Ohio be dismissed with prejudice; and all claims against Defendant Chambers-Smith be dismissed without prejudice. (*Id.*) No objections were filed to the Report and Recommendation, and the time for doing so has now expired.[1]

---

[1] The Court notes that, since September 19, 2025 (*i.e.*, just over a month after Plaintiff brought the instant case), all service copies mailed to Plaintiff have been returned as undeliverable. (*See* Docs. 4 & 8). On October 24, 2025, the Magistrate Judge issued an Order permitting Plaintiff to submit a change of address no later than November 24, 2025. (Doc. 10). The Order further noted Plaintiff's obligation to keep the Court apprised of changes to his mailing address, and further advised that failure to maintain a proper mailing address could result in the dismissal of his case. (*Id.*) The extended November 24, 2025 deadline has now passed, and Plaintiff has failed to communicate a proper mailing address to the Court.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the relevant filings in this case. Upon consideration of the foregoing, the Court finds that the Report and Recommendation should be and is hereby adopted in its entirety. Accordingly:

1. The Report and Recommendation (Doc. 6) is **ADOPTED**;

2. All claims against Defendant State of Ohio are **DISMISSED with prejudice**;

3. All claims against Defendant Chambers-Smith are **DISMISSED without prejudice**;

4. The Clerk shall enter judgment accordingly and this case shall be **TERMINATED** on the docket of this Court; and

5. Pursuant to 28 U.S.C. § 1915(a), the Court certifies that an appeal of this Order would not be taken in good faith and, therefore, this Court **DENIES** Plaintiff leave to appeal in forma pauperis.

**IT IS SO ORDERED.**

Date: 12/1/2025

*s/ Timothy S. Black*
Timothy S. Black
United States District Judge